## 36015. TWEED v. TWEED.

Judgment affirmed without opinion under Rule 59. *All the Justices concur.*

SUBMITTED MARCH 7, 1980 — DECIDED APRIL 23, 1980.

*Pye, Groover & Dailey, Durwood T. Pye, Tom Pye,* for appellant.

*Fanning, Farmer & Rosenzweig, Emma R. Farmer, James E. Weldon,* for appellee.